# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Mario Hernandez-Perez,<br>(A 205 407 493)<br>_Defendant_ | Case No. 18-7183MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 16, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Mario Hernandez-Perez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 29, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brooke Afshari

☒ Continued on the attached sheet.

_Complainant's signature_

Javier M. Leon,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: May 16, 2018

_Judge's signature_

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Javier M. Leon, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 16, 2017, in Phoenix, Arizona, Mario Hernandez-Perez was booked into the Arizona State Prison Complex (ASPC), Alhambra Reception, on local charges. On that date, while at the ASPC facility, Hernandez-Perez was encountered by Corrections Officer (CO) F. Colmenero who was designated with the authority to determine alienage under the Immigration and Naturalization Act, Section 287(g). CO F. Colmenero determined Hernandez-Perez to be a citizen of Mexico, illegally present in the United States. A detainer was lodged with the ASPC on June 19, 2017. On May 15, 2018, Hernandez-Perez was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Hernandez-Perez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Mario Hernandez-Perez to be a citizen of Mexico and a previously deported criminal alien. Hernandez-Perez was removed from the United States to Mexico through Nogales, Arizona, on or about April 29, 2014, pursuant to the reinstatement of a previous order of removal issued by an immigration official. There is no record of Hernandez-Perez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Hernandez-Perez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Mario Hernandez-Perez was convicted of Solicitation to Commit Sale or Transportation of Marijuana, a felony offense, on March 15, 2013, in the Superior Court of Arizona, Maricopa County. Hernandez-Perez was sentenced to one and one half (1.5) year of incarceration. Hernandez-Perez's criminal history was matched to him by electronic fingerprint comparison.

5. On May 15, 2018, Mario Hernandez-Perez was advised of his constitutional rights. Hernandez-Perez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 16, 2017, Mario Hernandez-Perez, an alien, was found in the United States

of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 29, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Javier M. Leon,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 16th day of May, 2018.

_____
Bridget S. Bade,
United States Magistrate Judge