FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 1 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

June 18, 2018

Honorable John Z. Boyle
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 321
401 W. Washington Street, Space 75
Phoenix, Arizona 85003

Re:    *United States  v. Mario Hernandez-Perez*
       USAO  No.  2018R07752
       Court No. 18-MJ-7183

Dear Judge Boyle:

This case has been or may be assigned to you.  In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information.  We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category, if applicable):

☒    A CONFLICT MAY EXIST

☒    The case or matter or defendant was in a Phoenix Southwest Border Section of the United States Attorney's Office for the District of Arizona while you were serving in a supervisory capacity over Southwest Border matters **(December 1, 2012 through September 9, 2014)**.

☐My review of the file indicates that you had direct involvement in this case or matter while you were serving as an Assistant United States Attorney in the United States Attorney's Office for the District of Arizona **(April 5, 2004 through September 9, 2014)**.

☐    NO PROBABLE CONFLICT

☐The case or matter or defendant was not in a Phoenix Southwest Border Section of the United States Attorney's Office for the District of Arizona while you were serving in a supervisory capacity over Southwest Border matters **(December 1, 2012 through September 9, 2014)**, and my review of the file indicates you had no direct involvement in this matter.

Sincerely,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

Brooke T. Afshari
Assistant United States Attorney

BTA/egm